*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP WOOLSTON, | ) | SA CV 08-1008 AHS(MLGx) |
| Plaintiff, | ) | |
| v. | ) | FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b) |
| TOSHIBA AMERICA, INC., et al., | ) | |
| Defendants. | ) | |

In accordance with Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delaying entry of judgment.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered for defendants on all claims except plaintiff's individual claim for overtime pay pursuant to the Federal Labor Standards Act, which claim, pursuant to the

//

//

//

1  stipulation of the parties is stayed pending appeal.  Defendants
2  shall recover their costs of suit and may seek attorneys' fees in
3  connection with the claims on which they are the prevailing
4  party.
5          DATED:  March 16, 2009.

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE
